Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SALVATORE SALMERI, for Compensation under the Workmen's Compensation Law, Respondent, v. CAROLINE SALMERI, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.